# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS VALENCIA HERNANDEZ, | 1:08-cv-00440 OWW DLB HC |
| Petitioner, | ORDER RE-DESIGNATING ACTION AS PETITION FILED PURSUANT TO 28 U.S.C. § 2255 AND RE-ASSIGNING TO JUDGE ANTHONY W. ISHII |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner filed the instant petition for writ of habeas corpus on March 12, 2008. In the petition, Petitioner indicates that he was convicted of conspiracy to distribute and possess heroin in this Court, case number 04-CR-5097 AWI. On April 15, 2008, the assigned Magistrate Judge issued an order advising Petitioner that his claims were not cognizable via § 2241, and should he wish to purse his claims he must do so by way of § 2255. (Court Doc. 6, at 3.) On this same date, Petitioner filed a motion indicating that his intent is to file a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. (Court Doc. 7.) Accordingly, the Court shall re-designate this action as a motion filed pursuant to § 2255 and re-assign it to the Honorable Anthony W. Ishii.

IT IS HEREBY ORDERED that:

1.  The Clerk's Office shall re-designate this action as a motion to vacate, set aside or

1

1 correct sentence pursuant to 28 U.S.C. § 2255; and

2. The action shall be re-assigned to the sentencing Judge Anthony W. Ishii.

IT IS SO ORDERED.

**Dated:   April 28, 2008**                           **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE