IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS VALENCIA-HERNANDEZ,       )<br>                                                            )<br>                    Petitioner,          )<br>                                                            )<br>          v.                                              )<br>                                                            )<br>UNITED STATES OF AMERICA, )<br>                                                            )<br>                    Respondent.       )<br>_____) | 1:08-CV-440 - AWI<br>1:04-CR-5097- AWI<br><br>ORDER DENYING<br>PETITIONER'S REQUEST<br>FOR TRANSFER TO A<br>CORRECTIONAL FACILITY<br>IN THE DISTRICT OF<br>CALIFORNIA<br><br>(Doc. No. 187) |

   On December 30, 2008, Elias Valencia-Hernandez ("Petitioner"), a federal inmate at the Giles W. Dalby Correctional Facility in Texas, filed a request for transfer to a facility in the District of California to be closer to his family.  The court denies Petitioner's request as the court does not have the authority to transfer Petitioner to a different correctional facility.  The Bureau of Prisons ("BOP") has discretionary authority to designate the place of confinement for federal prisoners.  See 18 U.S.C. Section 3621(b); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991); Coupar v. White, 1995 U.S. Dist. LEXIS 16502, at *3 (N. D. Cal. Oct. 30, 1995) (citing Beltran v. Smith, 458 U.S. 1303, 1305 (1982)).  Thus, Petitioner's request to transfer from confinement in a United States correctional facility to a different United States correctional facility is a matter which is entirely within the discretion of the BOP.

   Accordingly, Petitioner's request for transfer is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

**Dated:     September 10, 2009**                    **/s/ Anthony W. Ishii**
                                                                       CHIEF UNITED STATES DISTRICT JUDGE