**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIAS VALENCIA-HERNANDEZ,<br><br>   Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | 1:08-CV-440 - AWI<br>1:04-CR-5097- AWI<br><br>**ORDER DENYING PETITIONER'S SECTION 2255 PETITION AND DIRECTING CLERK TO CLOSE THE CASE** |

  The court's docket indicates that on September 11, 2009, the court attempted to serve Petitioner Elias Valencia-Hernandez ("Petitioner") with two court orders (Doc. No. 198), which denied Petitioner's Section 2255 petition for being untimely and ordered him to show cause as to why his petition should not be dismissed as barred under the one year statute of limitation, and (Doc. No. 197), which denied Petitioner's request to transfer to a different correctional facility. The court's orders were mailed to Petitioner's last known address[1] and were returned as undeliverable. See Court Docket Entry No. 199. The court is unable to serve Petitioner with the court's orders because the court is not aware of Petitioner's current whereabouts.

  Accordingly, Petitioner's Section 2255 petition will be denied subject to reopening upon an adequate showing of cause.

---

[1] The court's orders were mailed to: 61726-097, CI Dalby, Correctional Institution, 805 North Avenue F, Post, TX 79356.

**ORDER**

For the reasons set forth above, this court orders the following:

1. Petitioner's Section 2255 petition is dismissed;
2. Clerk of the Court is ordered to close this case.

IT IS SO ORDERED.

**Dated:** September 30, 2009          /s/ **Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE